IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02537-BNB

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 0 6 2009

GREGORY C. LANGHAM
CLERK

LEN DESMOND,

Plaintiff,

v.

STEVE NITTA,
MABEL GOOGANS, and
UNKNOWN WOMAN LEAVING & ENTERING APT. 1103 TO THROW A MATTRESS
COVER OUT,

Defendants.

_____

ORDER OF DISMISSAL

_____

Plaintiff Len Desmond currently resides in Denver, Colorado. Mr. Desmond, a

*pro se* litigant, initiated this action by filing a Civil Complaint form and a Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form. In an order filed on

November 21, 2008, Magistrate Judge Boyd N. Boland directed the Clerk of the Court

to commence a civil action and instructed Mr. Desmond to cure certain deficiencies if

he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr.

Desmond to submit a Civil Complaint form in which he had listed the addresses for all

named Defendants and in which he had provided all the information requested on the

form. Mr. Desmond was warned that the action would be dismissed without further

notice if he failed to cure the deficiencies within thirty days.

Plaintiff now has failed to communicate with the Court, and as a result he has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this __7__ day of _____Jan._____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02537-BNB

Len Desmond
P.O. Box 1992
Denver, CO 80201

I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on \_1|8|09\_

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk